UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **BILLY CAUDILL,** | **CIVIL ACTION NO. 5:14-CV-00264-KKC** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **CAVALRY PORTFOLIO SERVICES, LLC, and CAVALRY SPV I, LLC** | |
|     **Defendants.** | |

\*\*\* \*\*\* \*\*\*

On June 6, 2015, Plaintiff's counsel filed a Suggestion of Death [DE 35], which reported Plaintiff's passing. Under Federal Rule of Civil Procedure 25(a), the filing of the Suggestion of Death was a "statement noting the death" of Plaintiff that triggered a 90-day period in which a motion for substitution could be made. *Wentz v. Best W. Int'l, Inc.*, No. 3:05-CV-368, 2007 WL 869620, at \*1 (E.D. Tenn. Mar. 20, 2007). No party has since moved to substitute Plaintiff's estate and the 90-day period has expired. Therefore, as required by Rule 25(a), this action must be dismissed.

Accordingly, the Court now ORDERS as follows:

1. This matter is DISMISSED WITH PREJUDICE and STRICKEN from this Court's active docket; and

2. Defendant's pending Motion to Dismiss [DE 34] is DENIED AS MOOT.

Dated December 22, 2015.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY